IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JASON & AMANDA SMITH ) | CHAPTER 13 |
| SSN: XXX-XX-3976; XXX-XX-4639 ) | CASE NO: 15-03122 |
| 105 BRIAR PATCH DRIVE ) | JUDGE LUNDIN |
| SHELBYVILLE TN 37160-9701 ) | |
| ) | |
| Debtor | |

## CERTIFICATE OF SERVICE

I certify that on this 12th day of May, 2015, I served a copy of the Expedited Motion to Extend Automatic Stay Provisions of 11 U.S.C. §362 and the Order Setting Hearing on Debtor's Expedited Motion to Extend Automatic Stay Provisions of 11 U.S.C. §362 in the following manner:

*Email by Electronic Case Noticing to:*

Beth R. Derrick, Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, Certified Mail to:*

BBVA Compass Bank
Attn: Officer
PO Box 10184
Birmingham AL 35202

First Convenience Bank
Attn: Officer
PO Box 937
Killeen TX 76540-0937

Branch Banking & Tr/BK Section 100500151
Attn: Officer
PO Box 1847
Wilson NC 27894

Inland Bank & Trust
Attn: Officer
2805 Butterfield Rd #200
Oak Brook IL 60523

Comenity Bank/Bankruptcy Dept
Attn: Officer
PO Box 182125
Columbus OH 43218-2125

US Bank Bankruptcy Dept
Attn: Officer
PO Box 5229
Cincinnati OH 45201

Chase
Attn: Officer
PO Box 15298
Wilmington DE 19850-5298

Wells Fargo Bank
Attn: Officer
PO Box 5058 MAC P6053-021
Portland OR 97208

*By U.S. Postal Service, postage prepaid to:*

All parties-in-interest per the below matrix.

*/s/ Edgar M. Rothschild, III*
Edgar M. Rothschild, III

58 TOTAL USPS MAILINGS: $.00
8   TOTAL CERTIFIED MAILINGS: $24.00

EMR/sfm

Jason and Amanda Smith
105 Briar Patch Dr
Shelbyville TN 37160-9701

American InfoSource LP
Attn: Officer Manager or Agent
PO Box 51178
Los Angeles CA 90051-5478

American Infosource LP
Attn: Officer Manager or Agent
PO Box 248848
Oklahoma City OK 73124-8848

Atty General of TX - Region 9 BK Section
Attn: Officer Manager or Agent
2001 Beach Street #700
Fort Worth TX 76103-2315

Bank of America NA/Legal Order Process
Attn: Officer   DE5-024-02-08
Christiana IV 2nd Fl 800 Samoset Dr
Newark DE 19713

Bestway Rentals c/o Scott Sheffield
Attn: Officer Manager or Agent
12400 Coit Road #950
Dallas TX 75251

Blakely-Witt & Assoc Inc
Attn: Officer Manager or Agent
802 US Hwy 80 E
Mesquite TX 75149-1555

Capital Filing Service Inc
Attn: Officer Manager or Agent
992 Davidson Dr Ste B
Nashville TN 37205-1051

Capital Recovery Group LLC
Attn: Officer Manager or Agent
PO Box 64090
Tucson AZ 85728-4090

Caverna Memorial Hospital-HMS
Attn: Officer Manager or Agent
PO Box 9200
Paducah KY 42002-9200

Clay Cooley Motor Co
Attn: Officer Manager or Agent
1251 E Airport Fwy
Irving TX 75062

Clay Cooley Motor Co
Attn: Officer Manager or Agent
10849 Composite Drive
Dallas TX 75220-1209

Commonwealth Finance
Attn: Officer Manager or Agent
245 Main Street
Scranton PA 18519

Credit Management LP
Attn: Officer Manager or Agent
4200 International Pkwy
Carrollton TX 75007-1912

Credit Systems
Attn: Officer Manager or Agent
PO Box 1088
Arlington TX 76004-1088

Dana J Boyd
805 West Walnut Street #16
Celina TX 75009

Diversified Services Inc
Attn: Officer Manager or Agent
PO Box 80185
Phoenix AZ 85060-0185

ECMC
Attn: Officer Manager or Agent
PO Box 16408
Saint Paul MN 55116-0408

ECMC
Attn: Officer Manager or Agent
1 Imation Pl
Oakdale MN 55128-3421

Federal Bond & Collection
Attn: Officer Manager or Agent
841 E Hunting Park Ave
Philadelphia PA 19124-4800

Gay Howard/ReMax Associates
133 S Scott Street
Burleson TX 76028

Inland Bank
% Susan Faulkner
736 Currey Road
Nashville TN 37217

Insolve Auto Lending LLC
Attn: Officer Manager or Agent
1790 E River Rd #101
Tucson AZ 85718

James D Roberts Attorney At Law
1700 Hayes Street #303
Nashville TN 37203

Jefferson Capital Systems LLC
Attn: Officer Manager or Agent
PO Box 7999
Saint Cloud MN 56302-9617

Jerry E Martin Esq/US Attorney
Middle District of TN
801 Broadway #400
Nashville TN 37203

Law Offices of Crystal Moroney
Attn: Officer Manager or Agent
17 Squadron Blvd
New City NY 10956-5214

Mike Carlson Motor Co
Attn: Officer Manager or Agent
264 Exchange Street
Burleson TX 76028-4575

Naji Gerges
1429 Spainwood Street
Columbia TN 38401

National Credit Systems
Attn: Officer Manager or Agent
PO Box 312125
Atlanta GA 31131

NCO Financial
Attn: Officer Manager or Agent
PO Box 15270
Wilmington DE 19850-5270

NCO Financial
Attn: Officer Manager or Agent
PO Box 17205
Wilmington DE 19850-7205

Northeast Credit & Collections
Attn: Officer Manager or Agent
PO Box 3358
Scranton PA 18505-0358

Office of the Attorney General
Child Support Division
Attn: Officer Manager or Agent
PO Box 12017
Austin TX 78711-2017

Paramount Recovery Systems
Attn: Officer Manager or Agent
111 E Center St
Lorena TX 76655-9651

Priority Insurance
Attn: Officer Manager or Agent
1355 Lynnfield Road #160
Memphis TN 38119

Quantum3 Group
Attn: Officer Manager or Agent
PO Box 788
Kirkland WA 98083

Regional Acceptance Corp
Attn: Officer Manager or Agent
1351 E Bardin Road #251
Arlington TX 76018

Rent Recovery Solutions LLC
Attn: Officer Manager or Agent
2814 Spring Rd SE #301
Atlanta GA 30339-3046

ResidentCollect Inc
Attn: Officer Manager or Agent
4230 LBJ Freeway #407
Dallas TX 75244

Resurgent Capital Services
Attn: Officer Manager or Agent
PO Box 1927
Greenville SC 29602

RS Clark and Associates
Attn: Officer Manager or Agent
8535 Ferndale Rd #11
Dallas TX 75238-4425

Sallie Mae/Bankruptcy Dept
Attn: Officer Manager or Agent
PO Box 9430
Wilkes Barre PA 18773-9735

Skender Aliu
8761 Royalwood Drive
Fort Worth TX 76131-3371

Sprint Corp Bankruptcy Dept
Attn: Officer Manager or Agent
PO Box 7949
Overland Park KS 66207-0949

Synerprise Consulting Svcs
Attn: Officer Manager or Agent
5651 Broadmoor St
Mission KS 66202-2407

Teri H. Gordon, Esq
813 S Garden St
Columbia TN 38401

Teri Hasenour Gordon Atty At Law
PO Box 1075
Columbia TN 38402-1075

Throneberry & Associates
Attn: Officer Manager or Agent
306 Bethany Lane
Shelbyville TN 37160

TN Atty Generals Office BK Unit
RE: TN Student Assistance Corp
PO Box 20207
Nashville TN 37202

TN Child Support Receipting Unit
Attn: Officer Manager or Agent
PO Box 305200
Nashville TN 37229

TU Electric
Attn: Officer Manager or Agent
6555 Sierra Drive
Irving TX 75039

United States Attorney General
Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

Verizon Wireless Bankruptcy Admin
Attn: Officer Manager or Agent
500 Technology Drive #550
Saint Charles MO 63304

Warren Inn Haltom City
Attn: Officer Manager or Agent
5000 Denton Hwy
Haltom City TX 76117

Warren Properties Inc
Attn: Officer Manager or Agent
PO Box 469114
Escondido CA 92046

Weinstein & Riley PS
Attn Officer Manager or Agent
PO Box 3978
Seattle WA 98124

Woodside Properties
Attn: Officer Manager or Agent
10179 Trail Ridge Drive
Benbrook TX 76126